Eastern District of Kentucky
FILED
JUN 13 2016
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| BEN AFSHARI | )<br>) |
| Plaintiff, | ) Civil Action No. 5:16-cv-193-KKC<br>) |
| v. | )<br>) DEMAND FOR JURY TRIAL |
| MIKE ELLIG<br>Defendants. | )<br>)<br>) |

## COMPLAINT

Plaintiff Ben Afshari Prose, hereby pursuant to Federal Rule 18 U.S. Code § 876&873 and 28 U.S. Code § 4101 submits this complaint against Mr. Mike Ellig. For threatening extorting, blackmailing, defaming, intentional infliction of emotional distress and wrongful interference with economic advantage for his own financial gain.

1. On Jan 26 2016 Plaintiff filed a complaint against Montana Black Gold Inc. and Sight Inc. and for patent infringement.
2. On May 11 2016 Mr. Mike Ellig Emailed to plaintiff with respect to case NO 5.16-031-DCR see attached (Exhibit 1), blackmailing and threatening the plaintiff, that if the plaintiff continues with the said lawsuit, he will contact the US trustees office to reopen the bankruptcy case for fraud. As well as pursuing invalidity with this court and US patent and trademark office. Further defendant Mr. Mike Ellig verbally threatened to have people that he knows including the new owners of Montana Black Gold to purchase all the plaintiff's patents from the trustees office and eliminate the said law suit.

3. Although Plaintiffs patents are worthless since the whole small archery industry is copying and making, defendant threats are manifestation of extortion in its classical term.

4. Defendant's threat is in compliant with Blackmail laws of United state of America Federal Rule 18 U.S. Code § 876&873 and subject to civil and criminal actions and has caused tremendous amount of stress for the plaintiff, including emotional and physiological issues, affecting his personal life, his health, his current and future income with his current business which is a Bed and Breakfast at his house and future work as an inventor and being creative and his current and future creation of innovative products and patents for variety of industries.

5. Defendant's defaming Plaintiff' is in violation of Federal Rule 28 U.S. Code § 4101. Since there has been nothing constituting a fraud in the case of Plaintiffs bankruptcy. And even if it did defendants action is still a case of extortion and Blackmail. The court system in Lexington KY is 100% aware of Plaintiffs status with respect to his bankruptcy and his lawsuits in the last 5 years. Plaintiffs total life is being analyzed, his privacy is destroyed, he has lost his previous archery manufacturing business to unlawful infringers and bullying to people like Mr. Ellig.

6. After plaintiffs bankruptcy, defendant has done his best change his life around, turned his house to a Bed and Breakfast with himself being the host working hard, request his wife to return home and resolve their differences that was caused by the bankruptcy and litigations from infringers, and his 13 years old son is now moved back and along with his mother to plaintiffs house and after 1 year of separations. Defendant's being aware of family issues also threatened the plaintiff under the blackmail law to inflict physiological harms and misery to plaintiff and his family by opening up his bankruptcy and pursuing invalidity claims causing disruption in plaintiffs peaceful now family life.

## SUMMARY

Count 1, Defendant has extorted the Plaintiff for his own financial gain.

Count 2, Defendant has blackmailed the Plaintiff for his own financial gain.

Count 3, Defendant has defamed the plaintiff for his own financial gain.

Count 4, Defendant has caused emotional and psychological stress for the plaintiff for his own financial gain.

Count 5. Defendant has caused wrongful economical interference for plaintiff and for his own financial gain.

PRAYER FOR RELIEF:

Due to above, plaintiff seeks, restitution, punitive and financial damages for an amount equal to $2000,000.00

## CERTIFICATE OF SERVICE

I hereby certify that on June 13th 2016, a copy of the foregoing was filed with Federal court in Lexington KY. The undersigned further certifies that summons will served to defendant, Mr. Mike Ellig at his address at 461 Jetway drive, #A, Belgrade, Montana 59714. And electronic copy will be emailed to Mr. Ellig at Mike.Ellig@blackgoldsights.com

Ben Afshari

4950 Jennie Kate Lane

Lexington KY 40510

Phone: (208) 317-7626

benafsharix@gmail.com